UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:21CR59-PPS/JPK |
| ) | |
| ANTONIO JOHNSON, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Antonio Johnson's agreement to enter a plea of guilty to Count 2 of the superseding indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 68.] Following a hearing on the record on October 24, 2022 [DE 74], Judge Kolar found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Antonio Johnson's plea of guilty, to which both parties have

waived any objection, the Court hereby ADOPTS the findings and recommendation [DE 74] in their entirety.

Defendant Antonio Johnson is adjudged GUILTY of Count 2 of the superseding indictment, a charge of conspiracy to commit bank fraud in violation of 18 U.S.C. §1349.

The sentencing hearing is set for January 26, 2023 at 9:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: November 8, 2022.

    /s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE